The People of the State of New York, Respondent, v Kent Morris, Appellant. [863 NYS2d 926]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 28, 2006 (*People v Morris,* 34 AD3d 846 [2006]), affirming a judgment of the Supreme Court, Queens County, rendered December 8, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Dillon and Covello, JJ., concur.

 The People of the State of New York, Respondent, v Timothy Muench, Appellant. [864 NYS2d 379]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Toomey, J.), imposed February 22, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Rivera, J.P., Dillon, McCarthy and Belen, JJ., concur.